UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY BARGER, II,<br>aka GARY FRANCIS FISHER,<br>aka GARY DALE BARGER,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECTOR OF OPS OF CDCR, et al.,<br><br>        Defendants. | Case No. 17-cv-00905-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Sonny Barger's allegations in this federal civil rights action are based on events that occurred in Kern and Kings Counties, both of which lie in the Eastern District of California. (There are claims related to events in Ventura County, which lies in the Central District. Whether such claims remain part of this action is a discretionary decision for the receiving court.) Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the majority of the named defendants reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 22, 2017



WILLIAM H. ORRICK
United States District Judge