# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, aka SONNY BARGER, II, aka GARY DALE BARGER,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>Defendant. | Case No. 1:17-cv-00438-DAD-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 9) |

Sonny Barger II, aka Gary Francis Fisher, aka Gary Dale Barger ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on February 22, 2017, in the United States District Court for the Northern District of California. (ECF No. 1). On that same day, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2). On March 22, 2017, this case was transferred to the Fresno Division of the Eastern District of California. (ECF Nos. 3 & 4). On March 30, 2017, the Court issued findings and recommendations, recommending that Plaintiff's application to proceed in forma pauperis be denied because 28 U.S.C. § 1915(g) precludes Plaintiff from proceeding *in forma pauperis*. (ECF No. 7).

On April 24, 2017, Plaintiff filed a notice[1] dismissing this action without prejudice. (ECF No. 9). In the notice, Plaintiff admits that is a three striker. (Id.).

In light of the dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without

---

[1] Although Plaintiff titled his notice of dismissal as a "Motion to Close Case," the Court construes this request as a notice of dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1

prejudice.

Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **April 26, 2017**         /s/ Elvin P. Gro[signature]
                                  UNITED STATES MAGISTRATE JUDGE